DECEMBER 9, 1997

No. 97–7063 (A–422). IN RE LOCKHART. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

. No. 97–7052 (A–419). LOCKHART v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

DECEMBER 11, 1997

No. A–431. BEAVERS v. PRUETT, WARDEN. Application for certificate of appealability and stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied.

No. 97–6999 (A–408). BEAVERS v. PRUETT, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

DECEMBER 12, 1997

No. 96–1654. MUSCARELLO v. UNITED STATES. C. A. 5th Cir.; and

No. 96–8837. CLEVELAND ET AL. v. UNITED STATES. C. A. 1st Cir. Motion of petitioners in No. 96–8837 for leave to proceed in forma pauperis granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Briefs of petitioners are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, January 23, 1998. Brief of the Solicitor General is to be filed with the Clerk and served upon